STATE of Missouri, Respondent,

v.

Beverly L. COLEMAN, Appellant.

No. WD 38756.

Missouri Court of Appeals,
Western District.

July 21, 1987.

James C. Martin, Jefferson City, for appellant.

William L. Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and PRITCHARD and TURNAGE, JJ.

### ORDER

PER CURIAM.

Appeal from jury trial convictions of robbery in the first degree, § 569.020 RSMo 1978, and armed criminal action, § 571.015

RSMo Supp.1984, and sentence to concurrent ten-year terms of imprisonment.

Judgment affirmed. Rule 30.25(b).